IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHNNIE LEE SINGLETON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 12-0230-CV-W-ODS |
| WELLS FARGO HOME MORTGAGE, et al., | ) |
| Defendants. | ) |

## ORDER AND OPINION DENYING MOTION FOR RECONSIDERATION (DOC. 14)

The Court recently dismissed this action. *See* Order, Doc. 12. Plaintiff Johnnie Lee Singleton moves the Court to reconsider its dismissal. He essentially argues the Court's Order denied him due process of law because it precluded him from having a trial on his claims. Singleton has failed show reconsideration is warranted, and his motion is denied. *Wells Fargo Bank, N.A. v. WMR e-PIN, LLC*, 653 F.3d 702, 714 (8th Cir. 2011) (noting motions to alter or amend judgment under Fed. R. Civ. P. 59(e) "'serve the limited function of correcting manifest errors of law or fact or to present newly discovered evidence'" (citation omitted).).
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: May 30, 2012     UNITED STATES DISTRICT COURT